IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS PENSION FUND, </br></br> Plaintiffs, </br></br> v. </br></br> RICARDO RAMIREZ, Individually and d/b/a OLD BULLDOG TRUCKING, INC., a dissolved Illinois corporation, </br></br> Defendant. | No. 2013 C 1838 </br></br> Judge Coleman </br></br> Magistrate Judge Cole |

## MOTION FOR DEFAULT JUDGMENT IN SUM CERTAIN

NOW COMES the Plaintiff, TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUND, by and through its attorney, JOHN J. TOOMEY, ARNOLD AND KADJAN, and pursuant to FRCP 55 move for judgment in sum certain as stated in this Complaint and the supporting Affidavits attached hereto. In support of its Motion, Plaintiffs state as follows:

1. Suit was filed on March 8, 2013 for collection of delinquent contributions plus attorneys' fees, costs and interest under 29 U.S.C. 1132(g)(2).

2. Service upon RICARDO RAMIREZ, Individually and d/b/a OLD BULLDOG TRUCKING, INC., a dissolved Illinois corporation was made on the Defendant on April 9, 2013 and a copy of the proof of service was filed with the court on April 9, 2013.

3. More than 21 days have passed without any response to the Complaint by Defendant, so that Defendant is now in default.

    4.  As supported by the attached Affidavits, the sums due on the Complaint are:

      $2,286.08  Pension
      $3.391.50  Welfare
       $925.00  Attorneys fees
       $416.00  Court costs
      $7,018.58

WHEREFORE, Plaintiffs pray for the entry of an order:

  A.  Finding RICARDO RAMIREZ, Individually and d/b/a OLD BULLDOG TRUCKING, INC., a dissolved Illinois corporation in default; and

  B.  Awarding judgment in favor of Plaintiffs, TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS in the amount of $7,018.58.

          TRUSTEES OF THE SUBURBAN TEAMSTERS
          OF NORTHERN ILLINOIS WELFARE AND
          PENSION FUNDS

          s/John J. Toomey
          ARNOLD AND KADJAN
          203 N. LaSalle Street
          Suite 1650
          Chicago, Illinois 60601
          Telephone No.: (312) 236-0415
          Facsimile No.: (312) 341-0438
          Dated: October 25, 2013